314018411

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Brandon Ricardo Smith ,

_____ ,
*(Write the full name of each Plaintiff*
*who is filing this complaint. If the*
*names of all the plaintiffs cannot fit*
*in the space above, please write*
*"see attached" in the space and*
*attach an additional page with the*
*full list of names.)*

v.

Campus Lodge Gainesville ,

Coastal Ridge Real Estate ,

_____ ,
*(Write the full name of each Defendant*
*who is being sued. If the names of all*
*the Defendants cannot fit in the space*
*above, please write "see attached" in*
*the space and attach an additional*
*page with the full list of names.)*

_____ /

Case No.: 1:20cv168 AW/GRJ
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name:   Brandon Ricardo Smith

Address:  2800 SW Williston Road, Unit 816

City, State, and Zip Code:  Gainesville, FL 32608

Telephone: _____ *(Home)*  954-815-1220  *(Cell)*

2. Plaintiff's Name: _____

Address: _____

City, State, and Zip Code: _____

Telephone: _____ *(Home)* _____ *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by*

*attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name:   Campus Lodge Gainesville

Name of Employer *(if relevant)*: _____

Address:  2800 SW Williston Road

City, State, and Zip Code:  Gainesville, FL 32608

2. Defendant's Name: _____ Coastal Ridge Real Estate _____

Name of Employer *(if relevant):* _____

Address: 80 E. Rich Street, Suite 120 _____

_____

City, State, and Zip Code: Columbus, OH 43215 _____

3. Defendant's Name: _____

Name of Employer *(if relevant):* _____

Address: _____

_____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction.  Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties.  A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331.  A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

3140184.1.4

than \$75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: _____

## Title VIII of the Civil Rights Act of 1968,
## (Fair Housing Act)

_____

_____

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1.  Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: _____

b.  If any Plaintiff is a business or corporation, list the State where the

business is incorporated _____ or has its principal

place of business: _____

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2.  Defendant(s)

    a.  If the Defendant is an individual, identify their citizenship below.

        1.  Defendant *(name)* _____

            is a citizen of *(State)* _____

        2.  Defendant *(name)* _____

            is a citizen of *(State)* _____

        3.  Defendant *(name)* _____

            is a citizen of *(State)* _____

    b.  If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

        1.  Defendant *(name)* _____

            State of Incorporation is _____

            or Principal Place of Business is _____

        2.  Defendant *(name)* _____

            State of Incorporation is _____

            or Principal Place of Business is _____

            *(Attach additional page if necessary to list all Defendants.)*

    3.  Have you previously been involved in litigation with one or more

of the named Defendants?

□ Yes   □ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_____

_____

_____

_____

## IV.  RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the
court to order.  Do not make legal arguments.  Include any basis for claiming
that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for
these amounts.  Include any punitive or exemplary damages claimed, the
amounts, and the reasons you claim you are entitled to actual or punitive
money damages. _____

_____

_____

_____

## V.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below
that to the best of my knowledge, information, and belief, this complaint: (1)
is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is
supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7/27/20   Plaintiff's Signature: _____

Printed Name of Plaintiff: **Brandon Ricardo Smith**

Address: **2800 SW Williston Road, Unit 816**

**Gainesville, FL 32608**

E-Mail Address: **bransmith305@gmail.com**

Telephone Number: **954-815-1220**

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

### III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

1. During my apartment tenancy and lease term; with Campus Lodge Gainesville (Apartment Complex) and Coastal Ridge Real Estate (Property Owner). I was racially discriminated against by both Defendants, as a Black man (African American). Campus Lodge Gainesville and Coastal Ridge Real Estate, racially discriminated against me by setting different terms, conditions, and/or privileges for rental of a dwelling unit for me; than other nonblack races were given.. As a Black man, Campus Lodge Gainesville and Coastal Ridge Real Estate charged me $515 per month, per room for a 2x2 unit — to lease my current apartment from August 1, 2020 to July 31, 2021. Totaling my rent $1,230.

2. I personally spoke with a few other tenants of different races, who all live at Campus
   Lodge Gainesville as well — which were Asian, White, Hispanic, etc. and those tenants
   told me their rental rates wasn't $615 per month, per room; instead they signed leases to
   pay approximately $30 to $40 cheaper than my rent; for Fall 2020/2021 lease term..
   Majority of those nonblack tenants of different races even told me they  signed new lease
   agreements — from August 2020 to July 2021, for only $574 per month; per room for a
   2x2 unit.. Those Asian, White, Hispanic, and other races of tenants are paying $41 lesser
   than what I signed for.  As a Black man, my race was the cause of this housing
   discrimination. In which both, Campus Lodge Gainesville & Coastal Ridge Real Estate
   violated Title VIII of the Civil Rights Act of 1968, Fair Housing Act.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order.
Do not make legal arguments. Include any basis for claiming that the wrongs alleged are
continuing at the present time. Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the
amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. PUNITIVE DAMAGES:

Plaintiff asks this Court to order the Defendants, to pay punitive damages. In the total sum of
$265,000. Plaintiff seeks Punitive damages, in order for this Court to deter the named
Defendants, from engaging in the same racial discriminatory conduct again in the future.
With future tenants.

2. COMPENSATORY DAMAGES

Plaintiff asks this Court to order the Defendants, to pay compensatory damages. In the total sum of $75,000. Plaintiff seeks compensatory damages from the named Defendants for loss of sleep, stress, fright & nightmares, & harassment. These symptoms and issues — prevented Plaintiff from fully enjoying his life. Which caused emotional distress.