IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON R. SMITH,

    Plaintiff,

v.                                             CASE NO. 1:20-cv-168-AW-GRJ

CAMPUS LODGE GAINESVILLE,

    Defendant.

_____/

## **SUMMARY JUDGMENT NOTICE**

    Pending before the Court is Defendant's Motion for Summary Judgment. ECF No. 19. Plaintiff, proceeding *pro se*, is advised of the following with respect to the motion. The Court will decide the motion on the basis of the motion, the response, and any evidentiary materials filed by the parties. Plaintiff's response to Defendant's motion for summary judgment and any supporting evidentiary materials (e.g., Plaintiff's sworn counter-affidavit, other witnesses' sworn counter-affidavits, depositions, exhibits, etc.) must be filed with the Clerk **on or before April 26, 2021**.

    If the Court grants Defendant's motion for summary judgment, such decision would be a final decision of the Court in his favor. As a result of such final decision, there would be no trial or other proceedings in this case on the claims presented therein, and Plaintiff would likely be precluded

from later litigating this matter or any related matters.  Therefore, Plaintiff is further advised: (1) failing to respond to the summary judgment motion will indicate that the motion is not opposed; (2) all material facts asserted in the motion will be considered admitted unless controverted by proper evidentiary materials (e.g., Plaintiff's sworn counter-affidavit, other witnesses' sworn counter-affidavits, depositions, exhibits, etc.); and (3) Plaintiff may not rely solely on the allegations of the issue pleadings (*e.g.*, complaint, answer, etc.) in opposing the summary judgment motion. *Griffith v. Wainwright*, 772 F.2d 822,825 (11th Cir. 1985).

Accordingly, it is **ORDERED**:

Plaintiff must file a response Defendant's Motion for Summary Judgment, ECF No. 19, **on or before April 26, 2021**.  Plaintiff must abide by the provisions of Local Rule 56.1, and any response must be no longer than 25 pages, excluding exhibits.

**DONE AND ORDERED** this 6th day of April 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge