IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON R. SMITH,**

    **Plaintiff,**

**v.**                                                                        **Case No. 1:20-cv-168-AW-GRJ**

**CAMPUS LODGE GAINESVILLE,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation, ECF No. 26, to which no objection has been filed. Although the copy mailed to Plaintiff was returned as undelivered, ECF No. 27, Plaintiff was provided a copy by hand upon an October 2021 visit to the clerk's office.

It is now ORDERED:

1. The report and recommendation (ECF No. 26) is adopted and incorporated into this order.

2. Defendant's motion for summary judgment (ECF No. 19) is GRANTED.

3. Plaintiff's motion for summary judgment (ECF No. 21) is DENIED.

4. If Defendant wishes to move for sanctions, it must do so no later than January 20, 2022. After any such motion is resolved—or after the deadline passes with no motion—final judgment will enter.

1

SO ORDERED on January 12, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge