IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BRANDON R. SMITH,**

    **Plaintiff,**

v.                                                                                                Case No. 1:20-cv-168-AW-GRJ

**CAMPUS LODGE GAINESVILLE,**

    **Defendant.**

_____/

## **JUDGMENT**

This case was resolved on a summary judgment motion. Plaintiff's claims are dismissed on the merits, and Plaintiff shall take nothing from this action.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

<u>January 24, 2022</u>                                     s/A. Tinaya-Miller
Date                                                          Deputy Clerk: A. Tinaya-Miller